# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL GRADY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-175-JLF** |
| ) | |
| **B. A. BLEDSOE,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

This action is before the Court to rule on Petitioner's motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 12). Such a motion may only be granted if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996), *reh'g and suggestion for reh'g en banc denied, cert. denied* 117 S.Ct. 608; *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded that its ruling was correct: Petitioner's claims are not cognizable under 28 U.S.C. § 2241. Therefore, the instant motion is **DENIED**.

     **IT IS SO ORDERED.**
     **DATED:** June 19, 2006.



                                                  **s/ James L. Foreman**
                                                  **DISTRICT JUDGE**